1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:    (510) 451-0544
5  Facsimile:    (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiffs
7  ADOBE SYSTEMS INCORPORATED,
   AUTODESK, INC., COREL CORPORATION,
8  MICROSOFT CORPORATION, and QUARK, INC.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation, COREL CORPORATION, a Canadian corporation, MICROSOFT CORPORATION, a Washington corporation, and QUARK, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RUBEN MUNGUIA, an individual, doing business as RIGOR MORTIS RECORDS, LORETTA MORALES, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT, DAMAGES AND INJUNCTIVE RELIEF |

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Plaintiffs Adobe Systems Incorporated ("Adobe"), Autodesk, Inc. ("Autodesk"), Corel Corporation ("Corel"), Microsoft Corporation ("Microsoft"), and Quark, Inc. ("Quark"), referred to collectively hereinafter as "Plaintiffs," for their complaint against defendants, state and allege as follows:

## JURISDICTION AND VENUE

### Parties

1. Adobe is a Delaware corporation with its principal place of business in San Jose, California.

2. Autodesk is a California corporation with its principal place of business in San Rafael, California.

3. Corel is a Canadian corporation with its principal place of business in Ottawa, Ontario, Canada, and offices in Fremont, California.

4. Microsoft is a Washington corporation with its principal place of business in Redmond, Washington, and offices in San Francisco, California.

5. Quark is a Colorado corporation with its principal place of business in Denver, Colorado, and offices in Santa Clara, California.

6. Upon information and belief, Plaintiffs allege that defendants Ruben Munguia, doing business as Rigor Mortis Records, ("Munguia") and Loretta Morales ("Morales") are individuals whose places of residence are in Texas, and who do business using the Internet.

7. Upon information and belief, Plaintiffs allege that defendants named herein as Does 1-10, inclusive (referred to collectively hereinafter as the "Does") are either entities or individuals subject to the jurisdiction of this Court. The true names and capacities, whether individual, corporate, associate, or otherwise, of the Does are unknown to Plaintiffs, who therefore sue the Does, and each of them, by such fictitious names, and Plaintiffs will seek leave of the Court to amend this Complaint to allege such true names and capacities when the same are ascertained. Munguia, Morales, and the Does are referred to collectively hereinafter as "Defendants."

8. Upon information and belief, Plaintiffs allege each of the Defendants was an

-1-

agent, employee, and/or alter-ego of each of the other remaining Defendants and, at all times relevant herein, acted within the course and scope of such agency and employment.

### Jurisdiction

9. This case is a civil action arising under the copyright laws of the United States, 17 U.S.C. § 101, *et seq.* (the "Copyright Act"). This Court has subject matter jurisdiction over Plaintiffs' claims pursuant to 17 U.S.C. § 501, *et seq.*, 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

### Venue

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

### Intradistrict Assignment

11. Because this matter is an Intellectual Property Action, there is no basis for assignment to a particular location or division of the Court pursuant to Civil L.R. 3-2(c).

## GENERAL ALLEGATIONS

### Introduction

12. Plaintiffs are in the business of, and have made and continue to make a substantial investment of time, effort and expense in, designing, developing, testing, manufacturing, publishing, marketing, distributing, and licensing a wide variety of computer software programs recorded on various media, including among others optical discs, for use on personal computers. Plaintiffs have gained a worldwide reputation for quality and reliability respecting their computer software programs.

13. Widespread sales of illegal copies of Plaintiffs' computer software programs, commonly known as software piracy, cause significant harm to Plaintiffs and undermine Plaintiffs' investments in their products.

14. Plaintiffs bring this action as a result of Defendants' systematic, unauthorized copying, reproduction, and distribution of Plaintiffs' software products through sales conducted over the Internet, including via the trading website accessible through the domain name iOffer.com (the "iOffer website"). Defendants' actions complained of herein were and continue to be undertaken willfully and intentionally and have caused and continue to cause substantial damage to Plaintiffs and to the software industry.

15. In connection with Plaintiffs' computer software programs, Plaintiffs own copyrights that are the subject of registrations with the United States Copyright Office.

16. Plaintiffs are informed and believe and thereon allege that, without authorization, Munguia and Morales, with assistance, supervision, support, and/or supplies received from the Does, have copied, reproduced, offered for sale, sold, and/or distributed unauthorized copies of Plaintiffs' copyrighted computer software programs.

17. Defendants' actions complained of herein constitute willful violation of Plaintiffs' rights under the Copyright Act. Plaintiffs request the Court enter an injunction against Defendants and award Plaintiffs damages, costs, and attorney's fees.

**The Business of Adobe**

18. Adobe is in the business of developing, marketing, and licensing a wide variety of computer software programs, including, but not limited to, Adobe® Creative Suite® 3 Design Premium software, which is a suite of numerous component software products, including Adobe® Acrobat® 8 Professional software, Adobe® Acrobat® Connect software, Adobe® Dreamweaver® CS3 Professional software, Adobe® Flash® CS3 Professional software, Adobe® Illustrator® CS3 software, Adobe® InDesign® CS3 software, Adobe® Photoshop® CS3 software, and Adobe® VersionCue® CS3 SDK software (referred to collectively hereinafter as the "Adobe Products").

19. The Adobe Products contain a large amount of material wholly original with Adobe and are copyrightable subject matter under the laws of the United States.

20. At all times herein relevant, Adobe complied in all respects with the Copyright Act, secured the exclusive rights and privileges in and to the copyrights in the Adobe Products, and possessed Certificates of Registration from the Register of Copyrights for the Adobe Products (see Exhibit A hereto, incorporated herein by reference).

21. Since their registration, the Adobe Products have been published and distributed by Adobe or under its authority in compliance with the Copyright Act.

22. Adobe has not authorized Defendants to copy, reproduce, duplicate, disseminate, or distribute the Adobe Products.

### The Business of Autodesk

23. Autodesk is in the business of developing, marketing, and licensing a wide variety of computer software programs, including, but not limited to, AutoCAD® 2008 software (referred to hereinafter as the "Autodesk Product").

24. The Autodesk Product contains a large amount of material wholly original with Autodesk and is copyrightable subject matter under the laws of the United States.

25. At all times herein relevant, Autodesk complied in all respects with the Copyright Act, secured the exclusive rights and privileges in and to the copyright in the Autodesk Product, and possessed a Certificate of Registration from the Register of Copyrights for the Autodesk Product (see Exhibit B hereto, incorporated herein by reference).

26. Since its registration, the Autodesk Product has been published and distributed by Autodesk or under its authority in compliance with the provisions of the Copyright Act.

27. Autodesk has not authorized Defendants to copy, reproduce, duplicate, disseminate, or distribute the Autodesk Product.

### The Business of Corel

28. Corel is in the business of developing, marketing, and licensing a wide variety of computer software programs, including, but not limited to, CorelDRAW® Graphics Suite X4 software, which is a suite of component software products, including, but not limited to, Corel PHOTO-PAINT® X4 software (referred to collectively hereinafter as the "Corel Products").

29. The Corel Products contain a large amount of material wholly original with Corel and are copyrightable subject matter under the laws of the United States.

30. At all times herein relevant, Corel complied in all respects with the Copyright Act, secured the exclusive rights and privileges in and to the copyright in the Corel Products, and possessed Certificates of Registration from the Register of Copyrights for the Corel Products (see Exhibit C hereto, incorporated herein by reference).

31. Since their registration, the Corel Products have been published and distributed by Corel or under its authority in compliance with the provisions of the Copyright Act.

32. Corel has not authorized Defendants to copy, reproduce, duplicate, disseminate, or

distribute the Corel Products.

## The Business of Microsoft

33. Microsoft is in the business of developing, marketing, and licensing a wide variety of computer software programs, including, but not limited to, Microsoft® Office 2007 software, which is a suite of numerous component software products, including Microsoft® Office Access® 2007 software, Microsoft® Office Excel 2007 software, Microsoft® Office Outlook® 2007 software, Microsoft® Office PowerPoint® 2007 software, Microsoft® Office Publisher 2007 software, and Microsoft® Office Word 2007 software (referred to collectively hereinafter as the "Microsoft Products").

34. The Microsoft Products contain a large amount of material wholly original with Microsoft and are copyrightable subject matter under the laws of the United States.

35. At all times herein relevant, Microsoft complied in all respects with the Copyright Act, secured the exclusive rights and privileges in and to the copyrights in the Microsoft Products, and possessed Certificates of Registration from the Register of Copyrights for the Microsoft Products (see Exhibit D hereto, incorporated herein by reference).

36. Since their registration, the Microsoft Products have been published and distributed by Microsoft or under its authority in compliance with the provisions of the Copyright Act.

37. Microsoft has not authorized Defendants to copy, reproduce, duplicate, disseminate, or distribute the Microsoft Products.

## The Business of Quark

38. Quark is in the business of developing, marketing, and licensing a wide variety of computer software programs, including, but not limited to, QuarkXPress® 7 software (referred to hereinafter as the "Quark Product").

39. The Quark Product contains a large amount of material wholly original with Microsoft and is copyrightable subject matter under the laws of the United States.

40. At all times herein relevant, Quark complied in all respects with the Copyright Act, secured the exclusive rights and privileges in and to the copyrights in the Quark Product, and

-5-

possessed a Certificate of Registration from the Register of Copyrights which covers the Quark Product (see Exhibit E hereto, incorporated herein by reference).

41. Since its registration, the Quark Product has been published and distributed by Quark or under its authority in compliance with the provisions of the Copyright Act.

42. Quark has not authorized Defendants to copy, reproduce, duplicate, disseminate, or distribute the Quark Product.

### The Business and Infringing Activities of Defendants

43. Plaintiffs are informed and believe and thereon allege that Defendants use the Internet, including without limitation, the iOffer website, to advertise, sell, and distribute products, including illegal copies of computer software products, to consumers throughout the United States.

44. The iOffer website describes itself as a trading community for buying, selling, and trading, with more than 20 million items available from 165 countries. The iOffer website provides as the contact information for its owner(s) and/or operator(s) an address in San Francisco, California in the Northern District of California. Plaintiffs are informed and believe and thereon allege that Defendants are required to pay fees to the owner(s) and/or operator(s) of the iOffer website to sell items through the iOffer website.

45. Plaintiffs are informed and believe and thereon allege that Munguia and Morales, with assistance, supervision, support, and/or supplies received from the Does, do business through the iOffer website under various user IDs, including, without limitation, the user IDs "metalmayhem" and "lorlynmor."

46. Plaintiffs are informed and believe and thereon allege that Defendants have used the Internet, including without limitation the iOffer website, to advertise, offer for sale, sell, and distribute unauthorized copies, or copies of unauthorized derivative works, of the Adobe Products, the Autodesk Product, the Corel Products, the Microsoft Products, and the Quark Product (referred to collectively hereinafter as the "Computer Software Products") to consumers throughout the United States, including in California. Plaintiffs are informed and believe and thereon allege that Defendants or their agents made such unauthorized copies of the Computer

1  Software Products.

2  47.  Plaintiffs are informed and believe and thereon allege that Defendants have
3  engaged willfully and intentionally in the conduct complained of above.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement Against All Defendants)

6  48.  Plaintiffs re-allege and incorporate herein by this reference each of the allegations
7  contained in Paragraphs 1 through 47 as though fully set forth.

8  49.  Defendants' acts constitute infringement of Plaintiffs' copyrights in the Computer
9  Software Products in violation of the Copyright Act, 17 U.S.C. § 501.

10  50.  Plaintiffs are informed and believe and thereon allege that Defendants'
11  unauthorized copying, reproduction, and distribution of the Computer Software Products was
12  deliberate, willful, malicious, oppressive, and without regard to the Plaintiffs' proprietary rights.

13  51.  Defendants' copyright infringement has caused, and will continue to cause,
14  Plaintiffs to suffer substantial injuries, loss and damage to their proprietary and exclusive rights
15  to, and copyrights in, the Computer Software Products and, further, has damaged Plaintiffs'
16  business reputations and goodwill, diverted Plaintiffs' trade, and caused Plaintiffs to lose profits,
17  all in an amount not yet ascertained.

18  52.  Defendants' copyright infringement, and the threat of continuing infringement by
19  Defendants, have caused, and will continue to cause, Plaintiffs to suffer repeated and irreparable
20  injury.  It would be difficult to ascertain the amount of money damages that would afford
21  Plaintiffs adequate relief at law for Defendants' continuing acts, and a multiplicity of judicial
22  proceedings would be required.  Plaintiffs' remedy at law is not adequate to compensate Plaintiffs
23  for the injuries already inflicted and further threatened by Defendants.  Therefore, Defendants
24  should be restrained and enjoined pursuant to the Copyright Act.

## PRAYER FOR RELIEF

26  WHEREFORE, Plaintiffs seek relief as follows:

27  1.  That, upon motion, the Court issue a preliminary injunction enjoining and
28  restraining Defendants, and each of them, and their respective agents, servants, employees,

successors and assigns, and all other persons acting in concert or conspiracy with Defendants or affiliated with Defendants, from:

    (a)    Copying, reproducing, distributing, or using any unauthorized copies of Plaintiffs' copyrighted computer software programs;

    (b)    Otherwise infringing any of Plaintiffs' copyrights; and

    (c)    Destroying any copies of software products, materials, or documents, including without limitation electronic files or business records, that relate or pertain to:

        (i)    The copying, reproduction, advertisement, offering for sale, sale, distribution, or use of Plaintiffs' computer software programs; or

        (ii)    The infringement of Plaintiffs' copyrights.

2.    That the Court issue a permanent injunction making permanent the orders requested in paragraphs 1(a) and (b) of this Prayer for Relief;

3.    That Plaintiffs be awarded for Defendants' copyright infringement either: (a) actual damages in an amount to be determined at trial, together with the profits derived from Defendants' unlawful infringement of Plaintiffs' copyrighted Computer Software Products; or (b) statutory damages for each act of infringement in an amount provided by law, as set forth in 17 U.S.C. § 504, at Plaintiffs' election before the entry of a final judgment;;

4.    That the Court issue an order requiring Defendants to file with this Court and serve on Plaintiffs within thirty (30) days after service of an injunction a report, in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

5.    That the Court issue an order upon judgment requiring Defendants to destroy any and all infringing copies of Plaintiffs' computer software programs in Defendants' possession or control;

6.    That the Court award Plaintiffs their reasonable attorney's fees pursuant to 17 U.S.C. § 505;

///

///

7. That the Court award Plaintiffs their costs of suit incurred herein; and

8. That the Court grant such other and further relief as it deems just and proper.

Dated: October 27th, 2008

DONAHUE GALLAGHER WOODS LLP

By: *Julie E. Hofer*
Julie E. Hofer
Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED,
AUTODESK, INC., COREL CORPORATION,
MICROSOFT CORPORATION, and
QUARK, INC.

# EXHIBIT A

**EXHIBIT A**
**Adobe Systems Incorporated**
**Copyright Registrations**

| Copyrights | Registration No. | Registration Date |
|---|---|---|
| Adobe Creative Suite 3 Design Premium for Windows and Macintosh | TX 6-531-657 | 6/25/2007 |
| Adobe® Acrobat® 8 Professional for Macintosh | TX 6-390-830 | 11/16/2006 |
| Adobe® Acrobat® 8 Professional for Windows | TX 6-390-827 | 11/16/2006 |
| Adobe® Acrobat® Connect | TX-6-390-835 (1.0 for Windows) TX-6-390-834 (1.0 for Mac) | 11/16/2006 |
| Adobe® Dreamweaver® CS3 Professional for Windows and Macintosh | TX 6-534-561 | 6/15/2007 |
| Adobe® Flash® CS3 Professional for Windows and Macintosh | TX 6-531-604 | 6/13/2007 |
| Adobe® Illustrator® CS3 for Windows and Macintosh | TX 6-531-603 | 6/13/2007 |
| Adobe® InDesign® CS3 for Windows and Macintosh | TX 6-528-610 | 5/22/2007 |
| Adobe® Photoshop® CS3 Extended for Windows and Macintosh | TX 6-528-612 | 5/22/2007 |
| Adobe® Version Cue® CS3 SDK for Windows and Macintosh | TX-6-534-547 | 8/2/2007 |

# EXHIBIT B

Case3:08-cv-04894-CRB Document1 Filed10/27/08 Page13 of 20

## EXHIBIT B
## Autodesk, Inc.
## Copyright Registration

| Copyrights | Registration No. | Registration Date |
|---|---|---|
| AutoCAD® 2008 | TX 6-576-172 | 5/18/07 |

# EXHIBIT C

Case3:08-cv-04894-CRB Document1 Filed10/27/08 Page15 of 20

## EXHIBIT C
### Corel Corporation
### Copyright Registrations

| Copyrights | Registration No. | Registration Date |
|---|---|---|
| CorelDRAW® Graphics Suite X4 | TX 6-846-020 | 2/29/08 |
| Corel Photo-Paint® 9 | TX 5-143-739 | 7/28/00 |

EXHIBIT C

# EXHIBIT D

**EXHIBIT D**
**Microsoft Corporation**
**Copyright Registrations**

| Copyrights | Registration No. | Registration Date |
|---|---|---|
| Microsoft® Office Ultimate 2007 | TX 5-504-552 | 2/26/2007 |
| Microsoft® Office Access® 2007 | TX 6-524-395 | 3/30/2007 |
| Microsoft® Office Excel 2007 | TX 6-524-399 | 3/30/2007 |
| Microsoft® Office Outlook® 2007 | TX 6-524-393 | 3/30/2007 |
| Microsoft® Office PowerPoint® 2007 | TX 6-524-389 | 3/30/2007 |
| Microsoft® Office Publisher 2007 | TX 6-524-388 | 3/30/2007 |
| Microsoft® Office Word 2007 | TX 6-524-398 | 3/30/2007 |

# EXHIBIT E

## EXHIBIT E
## Quark, Inc.
## Copyright Registration

| Copyrights | Registration No. | Registration Date |
|---|---|---|
| Quark Xpress® 7.1 | TX 6-538-373 | 3/21/2007 |