1 | JULIE E. HOFER, #152185
Email: julie@donahue.com
2 | ERIC A. HANDLER, #224637
Email: ehandler@donahue.com
3 | DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
4 | 300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
5 | Telephone: (510) 451-0544
Facsimile: (510) 832-1486

Attorneys for Plaintiffs
ADOBE SYSTEMS INCORPORATED,
AUTODESK, INC., COREL
CORPORATION, MICROSOFT
CORPORATION, and QUARK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, AUTODESK, INC., a Delaware corporation, COREL CORPORATION, a Canadian corporation, MICROSOFT CORPORATION, a Washington corporation, and QUARK, INC., a Colorado corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>RUBEN MUNGUIA, an individual, doing business as RIGOR MORTIS RECORDS, LORETTA MORALES, an individual, and DOES 1-10, inclusive,<br><br>   Defendants. | CASE NO. C08-04894 CRB<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Current CMC Date: March 20, 2009<br>Requested Date: April 24, 2009<br>Time: 8:30 a.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

1  This matter having come before the Court on Plaintiffs' Motion to Continue Case
2  Management Conference, supported by the Declaration of Eric A. Handler, and based thereon,
3  IT IS HEREBY ORDERED that the Case Management Conference currently scheduled
4  for March 20, 2009 shall be continued to April 24, 2009 at 8:30 a.m., with all related dates
5  adjusted accordingly.

Dated: 3/20/09



Hon. Charles R. Breyer
United States

-1-